**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| TRUSTEES OF IRON WORKERS LOCAL UNION NO. 28 PENSION FUND, et al., | : : : : | |
| Plaintiffs, | : : | Civil Action No. 3:22-cv-00125-DJN |
| v. | : : | |
| VEI SOLUTIONS, INC., | : : | |
| Defendant. | : : | |

## REQUEST FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P 55(a)

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby request the Clerk to enter default in the above-captioned case. Defendant VEI Solutions, Inc. ("VEI Solutions") has failed to plead or otherwise defend the Complaint filed on March 4, 2022 (Docket #1). The Summons was issued on March 4, 2022 (Docket #4). The Court granted Plaintiffs' Motion for Extension of Time to Serve Defendant on June 2, 2022, granting an additional ninety (90) days to serve Defendant (Docket #7). The Complaint and Summons were served on August 19, 2022 (Docket #8). Defendant VEI Solutions has failed to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure, as appears in the attached Declaration of Jacob N. Szewczyk, Esquire.

A proposed Entry of Default is attached.

Respectfully submitted,

Date:   November 22, 2022                     By:      /s/

Jacob Szewczyk, Bar No. 89617
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone No.:(202)362-0041
Facsimile No.:(202)362-2640
jszewczyk@odonoghuelaw.com

851610

2