**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

_____

|  |  |
|---|---|
| TRUSTEES OF IRON WORKERS LOCAL UNION NO. 28 PENSION FUND, et al., :<br><br>Plaintiffs, :<br><br>v. :<br><br>VEI SOLUTIONS, INC., :<br><br>Defendant. : | Civil Action No. 3:22-cv-00125-DJN |

_____

## AFFIDAVIT OF JACOB N. SZEWCZYK  ESQ. FOR ENTRY OF DEFAULT

I, Jacob N. Szewczyk, Esquire, hereby certify, declare, and verify under penalty of perjury, and pursuant to 28 U.S.C. § 1746 this 22nd day of November, 2022, and state the following:

1.     I am the attorney for the Plaintiffs in the above-entitled action.

2.     The Complaint was filed on March 4, 2022 (Docket #1) and the Summons issued on March 4, 2022 (Docket #4).

3.     The Complaint and Summons were served on August 19, 2022 on Defendant VEI Solutions, by serving Tranquilino R. Ventura, Registered Agent, at 1800 Howard Street, Suite A, Elk Grove Village, IL, 60007, by and through the Illinois Secretary of State, by certified mail in accordance with 805 ILCS 5/5/25(c)(2)-(3) as set forth in the modified Affidavit of Service that has been duly docketed with the Court (Docket #9).

4.     No answer has been filed and Defendant has not otherwise moved for an extension of time.  The time in which the Defendant may answer or otherwise defend as to the Complaint has expired.

4.     Defendant is neither an infant nor incompetent individual.

5.    Inasmuch as the Defendant is a corporation it is not in the military service.

6.    The Clerk is requested to enter default against the Defendant.

7.    A proposed Entry of Default is attached.

By: _____

Jacob Szewczyk, Bar No. 89617
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone No.:(202)362-0041
Facsimile No.:(202)362-2640
jszewczyk@odonoghuelaw.com

Subscribed and sworn to
before me this 22nd day
of November_____, 2022

_____
Notary Public
My Commission Expires: December 14, 2023

2