**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

---

|  |  |  |
|---|---|---|
| TRUSTEES OF IRON WORKERS<br>LOCAL UNION NO. 28 PENSION FUND, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 3:22-cv-00125-DJN |
| v. | : | |
| | : | |
| VEI SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | |

---

## ENTRY OF DEFAULT

It appears from the records and the Declaration of Jacob N. Szewczyk, counsel of record for

Plaintiffs, that Defendant VEI Solutions was properly served, and the Clerk of this Court does hereby

enter default of Defendant VEI Solutions for failure to plead or otherwise defend as provided by the

Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Fernando Galindo, Clerk

Dated: _____          By:_____
                                                            Deputy Clerk

cc:    Jacob Szewczyk, Esq.
         O'Donoghue & O'Donoghue LLP
         5301 Wisconsin Avenue, N.W., Suite 800
         Washington, DC  20015

         Tranquilino R. Ventura
         VEI Solutions, Inc.
         1800 Howard Street, Suite A
         Elk Grove Village, IL 60007

851610