**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

_____

|  |  |  |
|---|---|---|
| TRUSTEES OF IRON WORKERS<br>LOCAL UNION NO. 28 PENSION FUND, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 3:22-cv-00125-DJN |
| v. | : | |
| | : | |
| VEI SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

No parties other than the Plaintiffs' counsel registered for the Court's CM/ECF system.

And I hereby certify that I have mailed the document by U.S. Mail, postage prepaid to the following non-filing users:

Tranquilino R. Ventura
VEI Solutions, Inc.
1800 Howard Street, Suite A
Elk Grove Village, IL 60007

                                  /s/
                                  _____
                                  Jacob Szewczyk, Bar No. 89617
                                  Counsel for Plaintiff Funds
                                  O'Donoghue & O'Donoghue LLP
                                  5301 Wisconsin Ave., NW, Suite 800
                                  Washington, DC 20015
                                  Telephone No.:(202)362-0041
                                  Facsimile No.:(202)362-2640
                                  jszewczyk@odonoghuelaw.com

851610