**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| TRUSTEES OF IRON WORKERS LOCAL UNION NO. 28 PENSION FUND et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:22-cv-00125-DJN |
| VEI SOLUTIONS, INC., | : : : | |
| Defendant. | : : : | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue LLP, pursuant to Federal Rule of Civil Procedure 55(b), and move the Court to enter Judgment by Default against VEI Solutions, Inc. in the amount of $58,070.00. The basis for this Motion is set forth in the attached Memorandum of Points and Authorities and supported by the uncontested allegations in the Complaint as well as the attached Declarations and exhibits. A summary of damages and a proposed Order are also submitted in support of this Motion.

Respectfully submitted,

Dated: January 13, 2023

By: _/s/_____
Jacob N. Szewczyk, Bar No. 89617
Counsel for Plaintiffs
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640
jszewczyk@odonoguhuelaw.com