**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

TRUSTEES OF IRON WORKERS
LOCAL UNION NO. 28 PENSION FUND et al.,

            Plaintiffs,

               v.

VEI SOLUTIONS, INC.,

            Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 3:22-cv-00125-DJN

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above entitled action that Defendant VEI Solutions was served on August 19, 2022 (Docket # 9), and that Defendant has failed to plead or otherwise defend against this action; therefore it is this _____ day of _____, 2023 by the United States District Court for the Eastern District of Virginia.

**ORDERED** and **ADJUDGED** that Judgment by Default be, and the same hereby is, entered:

1)      In favor of Plaintiffs, Iron Workers Local Union No. 28 Pension Fund, Iron Workers Local Union No. 28 Health and Welfare Fund, Mid-Atlantic States District Council Participating Locals' Annuity Fund, and the Iron Workers Local Union No. 28 Apprenticeship Fund (collectively, "the Benefit Fund Plaintiffs") in the amount of $58,070.00 with post-judgment interest to accrue at the statutory rate;

2)      That Count Two be, and the same hereby is, dismissed without prejudice;

3)      That the Clerk of Court shall transmit a copy of this Order to Defendant;

4)      That this Court shall retain jurisdiction to enforce the orders and judgments entered herein; and

5)      That the Clerk of Court shall close this case.

_____
Honorable David J. Novak
District Judge
United States District Court
Eastern District of Virginia