**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| TRUSTEES OF IRON WORKERS LOCAL UNION NO. 28 PENSION FUND et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:22-cv-00125-DJN |
| VEI SOLUTIONS, INC., | : : | |
| Defendant. | : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2023, a copy of the foregoing Motion for Default Judgment, Declaration in Support thereof and exhibits thereto, and Proposed Order were filed using the Court's CM/ECF Service and mailed by first class United States mail, postage prepaid, to the following:

> Tranquilino R. Ventura
> 1800 Howard Street, Suite A
> Elk Grove Village, IL 60007

By:    _/s/_____
Jacob Szewczyk, Bar No. 89617
Counsel for Plaintiffs
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640
jszewczyk@odonoguhuelaw.com